United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY ROBERT WARE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01748 |
| | § | |
| MIDFIRST BANK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on June 4, 2026. Doc. #16. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts Judge Bryan's Memorandum and Recommendation (Doc. #16) in its entirety.

Accordingly, Plaintiff's claims against Defendants Israel Saucedo and Barrett Daffin Frappier Turner & Engel, LLP are hereby DISMISSED WITHOUT PREJUDICE for want of subject matter jurisdiction. As such, Defendants Israel Saucedo and Barrett Daffin Frappier Turner & Engel, LLP's Motion to Dismiss (Doc. #12) pursuant to Federal Rule of Civil Procedure 12(b)(6) is DENIED AS MOOT.

Finally, Defendant MidFirst Bank's Motion to Dismiss (Doc. #10) is GRANTED. Plaintiff's claims against Defendant MidFirst Bank are hereby DISMISSED WITH PREJUDICE. The Court will enter a separate final judgment.

It is so ORDERED.

OCT 2 8 2026

Date

The Honorable Alfred H. Bennett
United States District Judge